THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCY J. FOMIN,<br><br>    Plaintiff,<br>  v.<br><br>HAL NEDERLAND, N.V., a Curacao corporation, *et al.*,<br><br>    Defendants. | CASE NO. C17-1891-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and related case management dates (Dkt. No. 13.) The Court hereby GRANTS the motion. Pursuant to the parties' stipulation, the Court trial in this matter is CONTINUED from February 4, 2019 to May 13, 2019 at 9:30 am. Case management dates are reset as follows:

- Discovery motions are due by December 4, 2018
- Discovery cutoff is January 7, 2019
- Dispositive motions deadline is February 6, 2019
- Expert disclosures are due by February 6, 2019
- Mediation deadline is March 21, 2019

- Motions in limine are due by April 4, 2019
- Settlement conference is April 15, 2019
- Agreed pretrial order is due by April 25, 2019
- Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits are due by April 29, 2019. Objections or responses to these filings shall be due by May 1, 2019.

DATED this 8th day of August 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk