THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCY J. FOMIN, | CASE NO. C17-1891-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HAL NEDERLAND, N.V., a Curacao corporation, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related case management dates (Dkt. No. 15). The Court hereby GRANTS the motion. Pursuant to the parties' stipulation, the Court ORDERS that the trial date in this matter is CONTINUED from May 13, 2019 to November 4, 2019 at 9:30 A.M. Case management dates are reset as follows:

- Discovery motions are due by May 30, 2019.
- Discovery cutoff is July 8, 2019.
- Dispositive motions are due by August 9, 2019.
- Expert disclosures are due by August 9, 2019.

MINUTE ORDER
C17-1891-JCC
PAGE - 1

- Mediation deadline is September 20, 2019.
- Motions in limine are due by October 7, 2019.
- Settlement conference is set for October 11, 2019.
- Agreed pretrial order is due by October 14, 2019.
- Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits are due by October 21, 2019. Objections or responses to these filings shall be due by October 24, 2019.

DATED this 10th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1891-JCC
PAGE - 2