THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCY J. FOMIN, | CASE NO. C17-1891-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HAL NEDERLAND, N.V., a Curacao corporation, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related case management deadlines (Dkt. No. 23). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. Trial is CONTINUED from November 4, 2019 to June 1, 2020 at 9:30 a.m.;

2. Discovery motions shall be filed no later than January 3, 2020;

3. Discovery shall be completed no later than February 3, 2020;

4. Dispositive motions shall be filed no later than March 6, 2020;

5. Disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) shall be

MINUTE ORDER
C17-1891-JCC
PAGE - 1

made no later than March 6, 2020;

6. Mediation pursuant to Western District of Washington Local Civil Rule 39.1 shall be completed no later than April 6, 2020;

7. Motions *in limine* shall be filed no later than May 1, 2020;

8. The parties shall participate in a settlement conference on May 11, 2020;

9. The agreed pretrial order shall be filed no later than May 14, 2020; and

10. Trial briefs, proposed *voir dire*, proposed jury instructions, and trial exhibits shall be filed no later than May 21, 2020.

DATED this 9th day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1891-JCC
PAGE - 2