THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARCY J. FOMIN,<br><br>   Plaintiff,<br><br> v.<br><br>HAL NEDERLAND NV *et al*.,<br><br>   Defendants. | CASE NO. C17-1891-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to exclude collateral source evidence (Dkt. No. 18). Having considered the motion and the relevant record, the Court DENIES Plaintiff's motion without prejudice. Plaintiff may renew her motion at trial, and the Court will rule on the motion at that time.

DATED this 3rd day of October 2019.

              William M. McCool
              Clerk of Court

              s/Tomas Hernandez
              Deputy Clerk

MINUTE ORDER
C17-1891-JCC
PAGE - 1